

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEBORAH LEE TIPTON | DOCKET NO. 1:12cr25<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252(a)(1)<br>18 U.S.C. § 2252(a)(4)(B)<br>18 U.S.C. § 2252(b) |

THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 10, 2011, in Henderson County, within the Western District of North Carolina and elsewhere,

**DEBORAH LEE TIPTON**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and did attempt to do so, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO

On or about September 10, 2011, in Henderson County, within the Western District of North Carolina and elsewhere,

**DEBORAH LEE TIPTON**

did knowingly transport visual depictions, using the Internet, a means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions are of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(1), 2252(b), and Section 2.

## COUNT THREE

On or about September 10, 2011, continuing until on or about February 21, 2012, in Henderson County, within the Western District of North Carolina, and elsewhere,

## DEBORAH LEE TIPTON

did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct; that is, **DEBORAH LEE TIPTON** possessed one or more emails, computer hard drives and a video camera which contained images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Fed. R. Crim.32.2(a), notice is hereby given that the defendant has or had a possessory or legal interest in the following property that is subject to forfeiture in accordance with 18 U.S.C. § 2253 and 21 U.S.C. § 853:

(a) all property involved in the violations alleged in this Bill of Indictment;

(b) all property that facilitated or was used in such violations;

(c) all property which is proceeds of such violations; and,

(d) in the event that any property described in (a), (b), and (c) cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, pursuant to § 853(p) and Fed. R. Crim. P. 32.2(e), to the extent of the value of the property described in (a), (b), and (c)..

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

2

1) 162 Long John Drive, Hendersonville, North Carolina, as more particularly described in a deed in the Registry of Deeds, Henderson County, North Carolina, at Book 1062, Page 243, together with the residences, and all appurtenances, improvements, and attachments thereon;

2) Flip video camera, serial number MB1014019979

3) Dell HP Pavilion laptop model dv9700, serial number CNF8260Y9V

4) Toshiba laptop, serial number 6B130080R


A TRUE BILL:


FOREPERSON


ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*/s/ David A. Thorneloe*
DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY

3