IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>DEBORAH LEE TIPTON,<br><br>*Defendant.* | DOCKET NO. 1:12-CR-25<br><br>**MOTION TO WITHDRAW<br>AS COUNSEL OF RECORD** |

Defense counsel for Deborah Lee Tipton, moves this honorable court to allow her and her office's withdrawal from this case. In support of this motion, defense counsel states the following:

1. Defendant made her initial appearance on April 12, 2012, and the Federal Defenders of Western North Carolina was appointed to represent her. After a detention hearing on April 16, 2012, she was detained and arraigned. The case is presently scheduled for the June 25, 2012 jury trial calendar. Discovery has been provided to undersigned counsel.

2. Private counsel Jack Stewart contacted defense counsel and told her that the family had hired him to represent Mrs. Tipton. Mr. Stewart filed a Notice of Appearance yesterday. Undersigned counsel informed him that she would file her motion to withdraw.

3. AUSA David Thorneloe has informed undersigned counsel that he is aware that Mr. Stewart has been retained. Undersigned counsel told him that she would be filing a motion to withdraw as counsel of record today.

WHEREFORE, this Honorable Court is respectfully requested to allow defense counsel to withdraw from Mrs. Tipton's case.

Dated: May 24, 2012               Respectfully Submitted,

                                                             s/ Fredilyn Sison
NC Bar 38732
Asst. Federal Defender
Attorney for Defendant
Federal Defenders for the Western District of NC
1 Page Avenue, Suite 210
Asheville, NC 28801
(828) 232-9992
Fax (828) 232-5575
E-Mail: Fredilyn_Sison@fd.org

**CERTIFICATE OF SERVICE**

     I, Fredilyn Sison, an employee with the Federal Defenders for the Western District of North Carolina, hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw as Counsel of Record was duly served upon David Thorneloe, Asst. U.S. Attorney and Jack Stewart, Esq., by e-mail to David.Thorneloe@usdoj.gov and jack@jackstewartlaw, respectively, and by electronic filing, this 24th day of May, 2012.

                                                   _____
s/ Fredilyn Sison
E-Mail: Fredilyn_Sison@fd.org