IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No.: 1:12 CR 25 |
| | ) | |
| DEBORAH LEE TIPTON, | ) | |
| Defendant. | ) | |

**MOTION FOR PRIVACY PROTECTION/PROTECTIVE ORDER**

      NOW COMES undersigned counsel, Jack W. Stewart, after entering a general Notice of Appearance on behalf of the above-captioned Defendant, Deborah Lee Tipton, who does respectfully have this Court to promptly permit counsel to amend, modify, redact and/or otherwise seal any pleadings filed by Counsel that inadvertently referenced the name or other biographical information of a minor child in violation of Title 18 USC § 3509(d);

1. That undersigned counsel specifically filed with this Court yesterday a Motion to Suppress that more properly should not have identified a protected party by name, but because of this oversight, after promptly being alerted to this issue by the Assistant United State's Attorney, undersigned counsel prays this Court to permit counsel to undertake whatever remedial efforts are necessary to comport with the statute and/or otherwise protect any further disclosures of the protected party, including sealing all pending Motions, issuing Protective Orders, and otherwise permitting counsel to substitute redacted documents to supplant the original pleading(s) that contained the offensive information.

2. That undersigned counsel seeks this relief both Ex Parte and in anticipation of the status conference presently set on May 29, 2012 and implores both the Court's indulgence and guidance in constructing whatever remedial safeguards counsel can utilize to minimize any breach of privacy or confidentiality occasioned by this oversight.

1

Wherefore, undersigned counsel respectfully moves this Court to permit counsel to promptly undertake whatever measures are necessary to correct and comport with the privacy requirements of 18 USC § 3509(d) as they may apply to certain Pretrial Motions filed in the above-captioned case.

THIS, the 24th day of May, 2012.

        /s/   Jack W. Stewart
JACK W. STEWART
State Bar No.: 10053
Attorney for the Defendant
Post Office Box 1920
Asheville, North Carolina 28802
(828) 253-5673
jack@jackstewartlaw.com

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties via ECF transmission.

Assistant U.S. Attorney David Thorneloe
David.thorneloe@usdoj.gov

THIS, the 24th day of May, 2012.

        /s/   Jack W. Stewart
JACK W. STEWART