IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Docket No.: 1:12cr25 |
| DEBORAH LEE TIPTON, Defendant. | ) |

## NOTICE OF APPEARANCE

NOW COMES, undersigned counsel, Frank B. Jackson, who states that he will enter a general appearance as co-counsel for the Defendant, Deborah Lee Tipton, in the above-captioned matter.

This the 27 day of July, 2012.

/s/ Frank B. Jackson
Frank B. Jackson
F.B. Jackson & Associates
Law Firm, PLLC
State Bar No.: 2310
Attorney for Defendant
P.O. Box 1666
Hendersonville, NC 28793
828-697-5410
ptjj_j@bellsouth.net

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing pleading upon all other parties via ECF transmission

Assistant U.S. Atorney David Thorneloe
David.thorneloe@usdoj.gov

/s/ Frank B. Jackson
Frank B. Jackson