# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00025-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DEBORAH LEE TIPTON.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Memorandum in Support of Order of Restitution [Doc. 95].

This matter is currently set for a hearing regarding the determination of restitution on January 30, 2014. In order to allow the United States Marshal adequate time to have the Defendant present for such hearing, the Court will continue this matter to February 7, 2014.

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have the Defendant present in Asheville, North Carolina, for a hearing on the determination of restitution on **February 7, 2014** at **11:00 a.m.**; and

(2) The Clerk of Court shall calendar this matter for that date.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**  Signed: January 15, 2014

Martin Reidinger
United States District Judge