IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW1:12CR25-1 |
| | ) | (Financial Litigation Unit) |
| DEBORAH LEE TIPTON, | ) | |
| Defendant. | ) | |

## **WRIT OF EXECUTION**

TO UNITED STATES MARSHAL
and Macon Bank:

      An amended judgment was entered on February 10, 2014, (Doc No. 101) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Deborah Lee Tipton, whose last known address is XXXXXXXXXX, Burt, New York 14028, in the sum of $29,667.00. The balance on the account as of March 14, 2014 is $29,642.00.

      THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Macon Bank is commanded to **turn over property,** in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Deborah Lee Tipton, Social Security Number XXX-XX-2766, has a substantial nonexempt interest, the said property being any and all funds located in Macon Bank accounts in the name of Deborah Lee Tipton, at the following address:

Macon Bank
220 Once Center Court
North Carolina, Franklin 28734

Signed: March 19, 2014

Dennis L. Howell
United States Magistrate Judge